# DISTRICT COURT OF MARYLAND FOR ____

**LOCATED AT (COURT ADDRESS):** 3451 Courthouse Drive, Ellicott City, MD 21043

**CASE NO.:** CV ____

## PARTIES

**Plaintiff:** Chong Soh
5501 Seminary Rd Unit 405
Falls Church, VA 22041

**vs.**

**Defendant(s):**
1. National Enterprise Systems
   2479 Edison Blvd, OH 44087
   Serve by: ☒ Certified Mail
2. No Registered Agent
   Serve by: ☐ Certified Mail

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☐ $5,000 or under  ☐ over $5,000  ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

**The particulars of this case are:**

That NES violated the FCRA and illegally placed a collection account on which I did not own or owe. I disputed the account with them however they ignored my request for validation then then placed said collection on my credit report, which prevented me from getting a loan, buy a new home, auto etc.

(See Continuation Sheet)

The Plaintiff claims $ 30,000, plus interest of $ ____
Interest at the ☐ legal rate ☐ contractual rate calculated at ____ %, from ____ to ____ ( ____ days x $ ____ per day) and attorney's fees of $ ____ plus court costs.

☐ Return of the property and damages of $ ____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ ____ for its detention in action of detinue.
☒ Other: Violation of the consumer ____
and demands judgment for relief. ____

Printed Name: Chong Soh
Address: 5501 Seminary Rd Unit ____ Falls Church VA 22041
Telephone Number: ____
Fax: 609-575-2432
E-mail:

## MILITARY SERVICE AFFIDAVIT

☒ No Defendant is in the military service. The facts supporting this statement are: the defendant is a business

☐ I am unable to determine whether or not any Defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date ____ Signature of Affiant ____

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ ____ Chong Soh ____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date: 5/3/17

Signature of Affiant

DC-CV-001 (front) (Rev. 09/2014)   Print Date (4/2015)

## NOTICE TO DEFENDANT

### Before Trial

If you agree that you owe the Plaintiff the amount claimed, you may contact the Plaintiff (or Plaintiff's attorney) before the trial date to arrange payment. If you wish to contest the claim, you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the Court to consider. **If you do nothing, a judgment could be entered against you.**

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING**, you may:

1. **APPEAL** to the Circuit Court, by filing a Notice of Appeal in the District Court within 30 days after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees, DCA-109A), unless the Court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:
   - **more than $5,000**, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure, DCA-027BR).
   - **$5,000 or less**, you will have a new trial in the Circuit Court.

   On your trial date you should bring with you any evidence that you want the Court to consider.

2. File a **MOTION FOR A NEW TRIAL** within 10 days after the entry of judgment, stating your reasons clearly. If the Court denies your Motion, you may still file an appeal; if the Court grants your Motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within 10 days after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within 30 days after entry of judgment.

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS**, you may contact the Plaintiff or Plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the Plaintiff or Plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories**: You must answer these written questions about your income and assets in writing under penalties of perjury.
2. **Oral Examination**: You must appear in court to testify in response to questions about your assets and income.
3. **Writ of Execution**: The Court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form, DC-CV-040. Further, the Court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
4. **Garnishment of Property**: The Court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.
5. **Garnishment of Wages**: The Court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

If you have any questions, you should consult an attorney. The clerk of the Court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html

## NOTICE TO PLAINTIFF

1. If the Court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the Defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 09/2014)