IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHONG SOH | * |
| | * |
| v. | *    Civil No.  CCB-17-1544 |
| | * |
| NATIONAL ENTERPRISE SYSTEMS | * |

******

**ORDER**

Defendant National Enterprise Systems, Inc. ("NES") has filed a motion for judgment on the pleadings.  Plaintiff Chong Soh has not filed a response to the motion, after being advised of the consequences of a failure to do so.  It appears that NES is entitled to dismissal of the action because Soh has failed to state a claim under the Fair Credit Reporting Act against NES. Accordingly, it is, this 31st day of October, 2017, **ORDERED** that:

1. defendant's motion for judgment on the pleadings (ECF No. 9) is **Granted**;

2. this case is **Dismissed with prejudice**; and

3. the Clerk shall SEND a copy of this Order to the plaintiff and counsel of record, and CLOSE this case.

_____/S/_____
Catherine C. Blake
United States District Judge